UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
            :
JESUS GONZALEZ,                                         :

                       Plaintiff,                 :                   19-CV-0076 (JMF)

            -v-                             :                 <u>SCHEDULING ORDER</u>

STANDARD INTERNATIONAL MANAGEMENT,  :
LLC,                                          :

                   Defendant.              :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the parties' filing at Docket No. 11, the Court will adjourn the initial pretrial conference to give the parties more time to pursue settlement negotiations, and to complete the required early mediation session — which, pursuant to the Court's Order of January 4, 2019, must take place at least two weeks prior to the initial pretrial conference. *See* Docket No. 6. The parties are cautioned, however, that pursuant to the Court's Individual Rules and Practices and that Order, "requests for an extension or adjournment" of the initial pretrial conference and mediation deadlines "may be made *only by letter-motion* filed on ECF." *See id.* at 3 (emphasis added).

      The initial pretrial conference previously scheduled for April 17, 2019 is ADJOURNED to **July 1, 2019,** at **3:00 p.m.** Consistent with the Court's Order of January 4, 2019, the parties must conduct an early mediation session no later than **two weeks prior** to the initial pretrial conference, and must submit a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to that conference. *See* Docket No. 6, at 1-2. No further adjournments of the initial pretrial conference will be granted for the purpose of allowing the parties more time to conduct settlement negotiations, or to participate in early mediation by the Court-ordered deadline.

      SO ORDERED.

Dated: March 22, 2019
       New York, New York

                                                  _____
                                                  JESSE M. FURMAN
                                                 United States District Judge