UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
JESUS GONZALEZ, *on behalf of himself and all others similarly situated*,

          Plaintiff,

v.

STANDARD INTERNATIONAL MANAGEMENT, LLC, *a Delaware limited liability company*,

          Defendant.
---------------------------------------------------X

CASE NO.: 1:19-cv-00076-JMF

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JESUS GONZALEZ, and Defendant, STANDARD INTERNATIONAL MANAGEMENT, LLC, by and through undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

DATED:  **May 17, 2019**

| | |
|---|---|
| **LAW OFFICES OF NOLAN KLEIN, P.A.** | **JEFFER MANGELS BUTLER & MITCHELL LLP** |
| By: _/s/ Nolan Klein_ <br> Nolan Klein, Esq. <br> 5550 Glades Road, Ste. 500 <br> Boca Raton, FL 33431 <br> Ph: (954) 745-0588 <br> *Attorneys for Plaintiff* <br> klein@nklegal.com | By: _____ <br> Martin H. Orlick, Esq. <br> Two Embarcadero Center, Fifth Floor <br> San Francisco, CA 94111 <br> Ph: (415) 398-8080 <br> *Attorneys for Defendant, Standard International Mgmt, LLC, pro hac vice application to be filed* <br> mho@jmbm.com |